650 A.2d 335

IN THE MATTER OF JOSEPH F. FLAYER,
AN ATTORNEY AT LAW.

December 9, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **JOSEPH F. FLAYER** of **BUDD LAKE,** who was admitted to the bar of this State in 1976, be publicly reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (failure to act with diligence), *RPC* 1.4(a) and (b) (failure to communicate and to explain a matter to extent necessary for client to make informed decisions) and *RPC* 3.2 (failure to expedite litigation); and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and JOSEPH F. FLAYER is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Office of Attorney Ethics and the Disciplinary Review Board for appropriate administrative costs incurred in the prosecution of this matter.